UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

TYSHAUN DERREL ROBINSON,

      Movant,

v.

UNITED STATES OF AMERICA,

      Respondent.
_____/

Case No. 1:21-cv-773

Honorable Janet T. Neff

## **JUDGMENT**

In accordance with the opinion and order issued this date:

**IT IS ORDERED** that judgment is entered in favor of Respondent and against Movant in this § 2255 proceeding.

Dated:   July 31, 2024                             /s/ Janet T. Neff
                                                                       Janet T. Neff
                                                                       United States District Judge